UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2020
```

-----------------------------------------------------------X

Nancy J. Soto,

                 Plaintiff,

-against-                              19 **CIVIL** 4048 (AJN)

                                                    **JUDGMENT**

Disney Severance Pay Plan, et al.,

                 Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 9, 2020, Defendants' motion to dismiss is GRANTED. Additionally, Plaintiff seeks leave to amend her complaint. See Pl. Br. at 23 ("[S]hould [Disney's] Motion be granted in whole or in part, Plaintiff should be granted leave to amend."). The Court declined to afford Plaintiff a second opportunity to amend her complaint. Soto has already been provided one opportunity to amend her pleading, and given Plaintiff's allegation that she has not satisfied one of the Plan's requirements for eligibility, Compl. paragraph 25, any further amendment would be futile. See Nielsen v. Rabin, 746 F.3d 58, 62 (2d Cir. 2014); Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000) (affirming denial of leave to amend on futility grounds where the plaintiff "has suggested no new material she wishes to plead" and "[t]he problem...is substantive"); accordingly, this case is closed.

**Dated:** New York, New York

         November 9, 2020

                                                         **RUBY J. KRAJICK**

                                                         _____

                                                         **Clerk of Court**

                         **BY:**

                                                         _____

                                                         **Deputy Clerk**